# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELLCO PARTNERSHIP AND NEW YORK SMSA LIMITED PARTNERSHIP, both D/B/A VERIZON WIRELESS,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF MONMOUTH, NEW JERSEY, THE MONMOUTH COUNTY BOARD OF COMMISSIONERS, DIRECTOR THOMAS A. ARNONE, in his official capacity and not as an individual, DEPUTY DIRECTOR NICK DIROCCO, in his official capacity and not as an individual, COMMISSIONER SUSAN M. KILEY, in her official capacity and not as an individual, COMMISSIONER LILLIAN G. BURRY, in her official capacity and not as an individual, and, COMMISSIONER ROSS F. LICITRA, in his official capacity and not as an individual,<br><br>Defendants, and<br><br>BELMAR AGAINST 5G TOWERS, LAWRENCE REYNOLDS, ROSE DAGANYA, MICHAEL USHAK, DAN RUBINETTI, PAUL M. ELIA, and MICHAEL AND MARY MCHALE,<br><br>Intervenor-Defendants. | 3:23-cv-18091 (MAS)(JBD)<br><br>**STIPULATED ORDER REGARDING BRIEFING SCHEDULE ON INTERVENOR-DEFENDANT'S MOTION TO DISMISS <u>THE COMPLAINT</u>** |

THIS MATTER having been opened to the Court by counsel for Intervenor-Defendants Belmar Against 5G Towers, Lawrence Reynolds, Rose Daganya, Michael Ushak, Dan Rubinetti, Paul M. Elia, and Michael and Mary McHale

("Intervenor-Defendants) by way of Motion to Dismiss the Complaint filed by Plaintiff Cellco Partnership and New York SMSA Limited Partnership, both d/b/a Verizon Wireless ("Plaintiff") (D.E. No. 54 ) (the "Motion to Dismiss") and the parties by the signatures of their respective counsel hereon, having consent to the entry of the within Order, and for good cause shown,

IT IS on this __28th__ day of __March__, 2024;

ORDERED that:

1. Plaintiff shall file it Opposition to Intervenor-Defendants' Motion to Dismiss on or before April 10, 2024;

2. Intervenor-Defendants shall file their reply to Plaintiff's Opposition to the Motion to Dismiss on or before April 17, 2024.

_____
Hon. Michael A. Shipp, U.S.D.J.

SNYDER & SNYDER LLP

By: */s Jonathan D. Kaufman*

    Jonathan D. Kaufman, Esq.
    Attorney for Plaintiff

ANSELL GRIMM & AARON. P.C.

By: */s Anthony J. D'Artiglio*

    Anthony J. D'Artiglio, Esq.
    Attorney for Intervenor-Defendants